955 A.2d 345

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Robert Gene REGA, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 14, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 14th day of August, Petitioner's emergency motion for stay of execution and remand for filing of first, amended, counseled PCRA petition is GRANTED; the PCRA court's Order dated July 21, 2008, dismissing Movant's *pro se* PCRA petition is VACATED, *see Commonwealth v. Tedford,* 566 Pa. 457, 781 A.2d 1167 (2001) (holding that, where a post-conviction petitioner files his first petition *pro se,* he shall be permitted to file an amended petition with the assistance of counsel); *Commonwealth v. Robinson,* 947 A.2d 710, 711 (Pa.2008) (*per curiam*) (explaining that pertinent criminal procedural rules are "intended to provide petitioners with a legitimate opportunity to present their claims to the PCRA court, in a manner sufficient to avoid dismissal due to a correctable defect in pleading or presentation"); the motion for stay of execution is GRANTED, pending an appropriate final disposition of the post-conviction proceedings, *see* Pa. R.Crim.P. 909(A)(2); and the matter is REMANDED to the PCRA court with the direction that Movant be permitted to file an amended, counseled post-conviction petition within 120 days after the entry of this Order.